UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN COMPETELLO,<br>          Plaintiff,<br><br>vs<br><br>MEANINGFUL BEAUTY, LLC.<br>          Defendant. | Civil Action No.: 24 Civ. 00745<br>Date Filed: 02/05/24<br><br>**AFFIDAVIT OF SERVICE** |
| STATE OF CALIFORNIA<br><br>COUNTY OF LOS ANGELES | SS: |

I, Luis A. Martinez being first duly sworn upon oath, depose and state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that in said County on the 14th day of February, 2024, at 1:15 p.m., I personally served the following documents upon Defendant MEANINGFUL BEAUTY, LLC.:

- SUMMONS IN A CIVIL ACTION
- CLASS ACTION COMPLAINT
- NOTICE OF INITIAL PRETRIAL CONFERENCE
- CIVIL COVER SHEET

by hand delivering them with self-identified HILARY K. ROGERS, Director and authorized agent to accept service of process, white female, about 50 years old, 5'2" tall, 115 lbs., long dark hair, dark eyes.

_____
Luis A. Martinez
California registered process server.
**PEAK PROCESS SERVERS, INC.**
48 Davis Ave., Port Washington, NY 11050
Ph. 516-822 7070

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of February, 2024

By Luis A. Martinez proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
                  Signature of Notary Public

ALEX LIRA
COMM. #2408480
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires July 16, 2026