**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

March 6, 2024

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                          Re:     **Competello v. Meaningful Beauty, LLC**
                                       **1:24-cv-00745 (GHW)**

Dear Judge Woods:

       We represent Plaintiff Susan Competello ("Plaintiff") in the above referenced ADA action against Defendant, Meaningful Beauty, LLC ("Defendant"). We write now to respectfully request a brief adjournment, from March 6, 2024, until March 20, 2024, to Defendant's deadline to file a responsive pleading in this matter. The reason for this application is that counsel for Defendant Meaningful Beauty, LLC, Matt Orr, Esq., reached out to our firm today and expressed a willingness to engage in settlement discussions to potentially resolve this matter. Based on Mr. Orr's overture, we believe that it would be in the best interest of all sides if the Court were to allow the parties a brief opportunity to engage in good faith settlement discussions.

       In light of the foregoing, Plaintiff respectfully requests an extension of time, from March 6, 2024, to March 20, 2024, to seek a default judgment under Rule 55 of the Federal Rules of Civil Procedure.

       We thank the Court for its consideration of this request.

www.employeejustice.com  |  Phone: 212.227.5700  |  Fax: 212.656.1889

                                                      Sincerely,
                                                      Jon L. Norinsberg, Esq.

c.c.  Matt Orr, Esq.
      matt@amintalati.com