**Joseph & Norinsberg LLC**
Fighting for Employee Justice

Queens Office
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

Manhattan Office
110 East 59th Street, Suite 2300
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

March 6, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/7/2024

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**MEMORANDUM ENDORSED**

      Re:    **Competello v. Meaningful Beauty, LLC**
                **1:24-cv-00745 (GHW)**

Dear Judge Woods:

      We represent Plaintiff Susan Competello ("Plaintiff") in the above referenced ADA action against Defendant, Meaningful Beauty, LLC ("Defendant"). We write now to respectfully request a brief adjournment, from March 6, 2024, until March 20, 2024, to Defendant's deadline to file a responsive pleading in this matter. The reason for this application is that counsel for Defendant Meaningful Beauty, LLC, Matt Orr, Esq., reached out to our firm today and expressed a willingness to engage in settlement discussions to potentially resolve this matter. Based on Mr. Orr's overture, we believe that it would be in the best interest of all sides if the Court were to allow the parties a brief opportunity to engage in good faith settlement discussions.

      In light of the foregoing, Plaintiff respectfully requests an extension of time, from March 6, 2024, to March 20, 2024, to seek a default judgment under Rule 55 of the Federal Rules of Civil Procedure.

      We thank the Court for its consideration of this request.

Sincerely,
Jon L. Norinsberg, Esq.

c.c. Matt Orr, Esq.
matt@amintalati.com

Application granted in part and denied in part.  The Court will not extend Defendant's deadline to answer or otherwise respond to the complaint until Defendant's counsel has filed a notice of appearance and made the request to extend the deadline.  Plaintiff's application for an extension of time to seek a default judgment under FRCP 55 is granted.  The deadline for Plaintiff to seek a default judgment under FRCP 55 is extended to March 20, 2024.  The Court does not expect to take action on the case *sua sponte* before March 20, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: March 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge