# Joseph & Norinsberg LLC
## Fighting for Employee Justice

| Queens Office | Manhattan Office | Newark Office |
| --- | --- | --- |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |

| Philadelphia Office | Boston Office | Orlando Office |
| --- | --- | --- |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

April 3, 2024

**VIA ECF**
Honorable Gregory Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

      Re: **Competello v. Meaningful Beauty,**
         **1:24-cv-745-GHW**

Dear Judge Woods:

  We represent Plaintiff Susan Competello ("Plaintiff") in the above referenced ADA matter against Defendant, Meaningful Beauty, LLC ("Defendant") (collectively the "Parties"). Pursuant to the Court's Order, dated March 20, 2024, (ECF Doc. 15), we write now to respectfully advise the Court that the parties do not consent to the assignment of a Magistrate Judge to conduct all further proceedings in this matter.

  We thank the Court for its time and attention.

                Sincerely,

                Jon L Norinsberg, Esq.
                *Attorney for Plaintiff*
                110 East 59th Street, Suite 2300
                New York, New York 10022
                Tel. No.: (212) 227-5700
                Fax No.: (212) 406-6890
                jon@norinsberglaw.com

c.c. Matt Orr, Esq.