```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SUSAN COMPETELLO, *on behalf of herself and all others* :
*similarly situated*, :
: 1:24-cv-745-GHW
Plaintiffs, :
: ORDER
-against- :
:
MEANINGFUL BEAUTY, LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

The initial pretrial conference previously scheduled for June 3, 2024 is rescheduled to May 30, 2024 at 4:30 p.m. The joint status letter and proposed case management plan described in the Court's February 2, 2024 order are due no later than May 23, 2024.

In addition, the May 30, 2024 conference will take place by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: May 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge