**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

May 1, 2024

**VIA ECF**
Honorable Judge Gregory H. Woods
United States District Court-SDNY
Daniel Patrick Moynihan
500 Pearl Street, Room 12C
New York, NY 10007-1312

        Re:    **Competello v. Meaningful Beauty, LLC**
                 Dkt. No.: 24 Civ. 00745
                 **STIPULATION FOR DISMISSAL**

Dear Judge Woods,

     We represent Plaintiff, Susan Competello ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, to respectfully inform the Court that the Parties have hereby settled and have stipulated that the matter be dismissed with prejudice, without costs or attorneys' fees.

     We thank the Court for its time and attention in this matter.

                                                Sincerely,

                                                Jon L Norinsberg, Esq.
                                                110 E. 59th Street,
                                                Suite 2300

c.c. Matt Orr, Esq.                                N.Y.  N.Y. 10022
     morr@awglaw.com

     Richard Hyde, Esq.
     rhyde@awglaw.com